

NUMBER 13-19-00359-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**FELICIANO FLORES AVALOS JR.,**                            **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                      **Appellee.**

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Hinojosa and Silva
### Order Per Curiam

The reporter's record in this cause was filed on October 31, 2019. Upon examination of the record, this Court observes that copies of the State's Exhibits Nos. 1A, 3A, 38A, 43A, and 47A are not included therein. The exhibits comprise DVD video recordings and a CD audio recording offered as evidence at the guilt-innocence phase of trial in trial court cause number CR-2566-18-G. Avalos argues on appeal that the

evidence is insufficient. Thus, the exhibits are required by rule to be included in the reporter's record and are necessary to the appeal's resolution. *See* TEX. R. APP. P. 34.6(c)(5).

When a relevant item has been omitted from the reporter's record, the appellate court may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. TEX. R. APP. P. 34.6(d). Accordingly, we hereby ORDER the Official Court Reporter of the 370th District Court of Hidalgo County to prepare a supplemental reporter's record to include State's trial exhibits Nos. 1A, 3A, 38A, 43A, and 47A in trial court cause number CR-2566-18-G, or true and accurate copies thereof.  The supplemental reporter's record shall be filed with the Clerk of this Court within ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of January, 2021.